## GORMAN *et al. v.* RUSSELL *et al.*

THE "Riggers' and Stevedores' Union Association of San Francisco"—a volun-
tary association for mutual relief—having excluded plaintiffs from the asso-
ciation, because of their refusal to take an oath not required by the constitu-
tion or by-laws of the association and foreign to the objects thereof, plaintiffs
as members brought suit for dissolution of the association and distribution of
its funds, and the Supreme Court having decided on demurrer to the com-
plaint that the association was a partnership, and would be dissolved by a
Court of Equity for improperly excluding a member, and the cause having
been remanded for further proceedings, the defendants rescinded their resolu-
tions requiring an oath, and filed an answer offering to admit plaintiffs to all
their rights and privileges in the association : *Held,* that this action of the
association suffices to prevent a decree of dissolution, and that the bill was
properly dismissed.

APPEAL from the Twelfth District.

The facts appear in 14 Cal. 531.   On the return of the cause
the association rescinded their former resolutions requiring the oath
mentioned, sent plaintiffs notices thereof, and invited them to return
and take their seats in the association in the full enjoyment of their
rights and privileges ; and these facts were set up in the answer
filed to the complaint.   The Court below held that this action on
the part of the defendants defeated the bill for dissolution and ac-
count, and accordingly dismissed it.

Plaintiffs appeal.

*Stanly & Hayes,* for Appellants.

*Merrill, Clement & White,* for Respondents.

BALDWIN, J. delivered the opinion of the Court—FIELD, C. J.
concurring.

When this case was here before, (13 Cal. 531) we intimated that
if this association, in the acts complained of, retraced their steps on
being advised of their duties, and admitted a member and removed
the unauthorized restrictions upon the exercise of his rights as a
member of the society, the Judge below would be authorized to re-
fuse a dissolution and account.   This course seems to have been
pursued, and we think the decree of dismissal was right.

Judgment affirmed.